# EXHIBIT A

# Massive

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL295233 | PLOT HOLES #1 (OF 5) CVR A 2ND | 3627 | MASSIVE | 1 | COMICS | 3,746 |
| STL298001 | BAD OMENS CONCRETE JUNGLE #1 ( | 3627 | MASSIVE | 1 | COMICS | 3,619 |
| STL304041 | ASSASSINS CREED VISIONARIES #1 | 3627 | MASSIVE | 1 | COMICS | 1,052 |
| STL281699 | BAD OMENS CONCRETE JUNGLE #1 ( | 3627 | MASSIVE | 1 | COMICS | 824 |
| STL295368 | QUESTED SEASON 2 #1 CVR A JACI | 3627 | MASSIVE | 1 | COMICS | 771 |
| STL295369 | QUESTED SEASON 2 #1 CVR B LULL | 3627 | MASSIVE | 1 | COMICS | 715 |
| STL299815 | PLOT HOLES #3 (OF 5) CVR F MUR | 3627 | MASSIVE | 1 | COMICS | 693 |
| STL282757 | REFLECTION CVR A JOK (MR) | 3627 | MASSIVE | 1 | COMICS | 671 |
| STL290884 | PLOT HOLES #4 (OF 5) CVR A MUR | 3627 | MASSIVE | 1 | COMICS | 636 |
| STL292060 | QUESTED TP SEASON 01 | 3627 | MASSIVE | 3 | BOOKS - GRAPHIC NOVELS | 619 |
| STL282741 | HARRIET TUBMAN DEMON SLAYER #1 | 3627 | MASSIVE | 1 | COMICS | 616 |
| STL295375 | QUESTED SEASON 2 #1 CVR D CALE | 3627 | MASSIVE | 1 | COMICS | 586 |
| STL295362 | PLOT HOLES #5 (OF 5) CVR A MUR | 3627 | MASSIVE | 1 | COMICS | 559 |
| STL282546 | PLOT HOLES #2 (OF 5) CVR A MUR | 3627 | MASSIVE | 1 | COMICS | 552 |
| STL302884 | ZORRO MAN OF THE DEAD #2 (OF 4 | 3627 | MASSIVE | 1 | COMICS | 546 |
| STL299923 | QUESTED SEASON 2 #2 CVR A WALL | 3627 | MASSIVE | 1 | COMICS | 532 |
| STL310789 | ZORRO MAN OF THE DEAD #4 (OF 4 | 3627 | MASSIVE | 1 | COMICS | 509 |
| STL310791 | ZORRO MAN OF THE DEAD #4 (OF 4 | 3627 | MASSIVE | 1 | COMICS | 506 |
| STL295387 | WASHED IN THE BLOOD #1 (OF 3) | 3627 | MASSIVE | 1 | COMICS | 467 |
| STL295380 | WASHED IN THE BLOOD #1 (OF 3) | 3627 | MASSIVE | 1 | COMICS | 459 |
| STL274638 | CRASHDOWN #1 (OF 4) CVR B MACK | 3627 | MASSIVE | 1 | COMICS | 458 |
| STL307459 | ZORRO MAN OF THE DEAD #3 (OF 4 | 3627 | MASSIVE | 1 | COMICS | 451 |
| STL287246 | PLOT HOLES #3 (OF 5) CVR A MUR | 3627 | MASSIVE | 1 | COMICS | 443 |
| STL282758 | REFLECTION CVR B JOK (MR) | 3627 | MASSIVE | 1 | COMICS | 439 |
| STL278664 | PLOT HOLES #1 (OF 5) CVR C SIM | 3627 | MASSIVE | 1 | COMICS | 424 |
| STL287249 | THE BLACKOUT BOMBSHELL #2 (OF | 3627 | MASSIVE | 1 | COMICS | 414 |
| STL302441 | ASSASSINS CREED VISIONARIES #1 | 3627 | MASSIVE | 1 | COMICS | 408 |
| STL303260 | ASSASSINS CREED SHINOBI UNCIVI | 3627 | MASSIVE | 1 | COMICS | 399 |
| STL278659 | PLOT HOLES #1 (OF 5) CVR A MUR | 3627 | MASSIVE | 1 | COMICS | 372 |
| STL274642 | CRASHDOWN #1 (OF 4) CVR E CALE | 3627 | MASSIVE | 1 | COMICS | 367 |
| STL278696 | PLOT HOLES #1 (OF 5) CVR G BLA | 3627 | MASSIVE | 1 | COMICS | 360 |
| STL278699 | PLOT HOLES #1 (OF 5) CVR H VID | 3627 | MASSIVE | 1 | COMICS | 357 |
| STL282759 | REFLECTION CVR C KENT BLADE RU | 3627 | MASSIVE | 1 | COMICS | 355 |
| STL274648 | CRASHDOWN #1 (OF 4) CVR H 10 C | 3627 | MASSIVE | 1 | COMICS | 354 |
| STL278628 | CRASHDOWN #2 (OF 4) CVR B TOMA | 3627 | MASSIVE | 1 | COMICS | 351 |
| STL291610 | AMERICAN PSYCHO #2 (OF 5) CVR | 3627 | MASSIVE | 1 | COMICS | 335 |
| STL326754 | LUCHAVERSE #2 CATALYST CVR A T | 3627 | MASSIVE | 1 | COMICS | 330 |
| STL295517 | AMERICAN PSYCHO #3 (OF 5) CVR | 3627 | MASSIVE | 1 | COMICS | 322 |
| STL295376 | QUESTED SEASON 2 #1 CVR E KIT | 3627 | MASSIVE | 1 | COMICS | 320 |
| STL295373 | QUESTED SEASON 2 #1 CVR C VIDE | 3627 | MASSIVE | 1 | COMICS | 316 |
| STL287250 | THE BLACKOUT BOMBSHELL #2 (OF | 3627 | MASSIVE | 1 | COMICS | 313 |
| STL282760 | REFLECTION CVR D MIGNOLA HOMAG | 3627 | MASSIVE | 1 | COMICS | 308 |
| STL278690 | PLOT HOLES #1 (OF 5) CVR E SCA | 3627 | MASSIVE | 1 | COMICS | 301 |
| STL274647 | CRASHDOWN #1 (OF 4) CVR G KENT | 3627 | MASSIVE | 1 | COMICS | 295 |
| STL323422 | LUCHAVERSE #1 CATALYST CVR A T | 3627 | MASSIVE | 1 | COMICS | 293 |
| STL302885 | ZORRO MAN OF THE DEAD #2 (OF 4 | 3627 | MASSIVE | 1 | COMICS | 287 |
| STL281511 | THE BLACKOUT BOMBSHELL #1 (OF | 3627 | MASSIVE | 1 | COMICS | 283 |
| STL335196 | EYE LIE POPEYE #3 (OF 5) CVR C | 3627 | MASSIVE | 1 | COMICS | 281 |

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL278666 | PLOT HOLES #1 (OF 5) CVR D SOM | 3627 | MASSIVE | 1 | COMICS | 278 |
| STL274557 | ASTROBOTS #5 (OF 5) CVR A KNOT | 3627 | MASSIVE | 1 | COMICS | 277 |
| STL300050 | ZORRO MAN OF THE DEAD #1 (OF 4 | 3627 | MASSIVE | 1 | COMICS | 272 |
| STL305640 | QUESTED THE FOUR HENCHES ONE S | 3627 | MASSIVE | 1 | COMICS | 272 |
| STL340385 | ASSASSINS CREED VISIONARIES TP | 3627 | MASSIVE | 3 | BOOKS - GRAPHIC NOVELS | 269 |
| STL307465 | QUESTED SEASON 2 #4 CVR A LULL | 3627 | MASSIVE | 1 | COMICS | 261 |
| STL282550 | PLOT HOLES #2 (OF 5) CVR E ROO | 3627 | MASSIVE | 1 | COMICS | 261 |
| STL299216 | HARRIET TUBMAN DEMON SLAYER #5 | 3627 | MASSIVE | 1 | COMICS | 260 |
| STL303023 | THE FOG #1 (OF 4) CVR A ROSADO | 3627 | MASSIVE | 1 | COMICS | 258 |
| STL278627 | CRASHDOWN #2 (OF 4) CVR A TEMP | 3627 | MASSIVE | 1 | COMICS | 258 |
| STL302878 | QUESTED SEASON 2 #3 CVR A WALL | 3627 | MASSIVE | 1 | COMICS | 258 |
| STL340365 | EYE LIE POPEYE #4 (OF 5) CVR A | 3627 | MASSIVE | 1 | COMICS | 257 |
| STL282542 | NORTH VALLEY GRIMOIRE #5 (OF 5 | 3627 | MASSIVE | 1 | COMICS | 256 |
| STL299927 | WASHED IN THE BLOOD #2 (OF 3) | 3627 | MASSIVE | 1 | COMICS | 252 |
| STL302868 | BASIC INSTINCT #4 (OF 4) CVR A | 3627 | MASSIVE | 1 | COMICS | 243 |
| STL302360 | ZORRO MAN OF THE DEAD #1 (OF 4 | 3627 | MASSIVE | 1 | COMICS | 242 |
| STL323449 | ZORRO MAN OF THE DEAD TP (MR) | 3627 | MASSIVE | 3 | BOOKS - GRAPHIC NOVELS | 239 |
| STL296842 | AMERICAN PSYCHO #3 (OF 5) CVR | 3627 | MASSIVE | 1 | COMICS | 238 |
| STL295520 | BAD OMENS CONCRETE JUNGLE #4 ( | 3627 | MASSIVE | 1 | COMICS | 235 |
| STL287612 | HELLICIOUS #1 CVR A WALLIS (MR | 3627 | MASSIVE | 1 | COMICS | 229 |
| STL287617 | HELLICIOUS #1 CVR C RICHARDSON | 3627 | MASSIVE | 1 | COMICS | 228 |
| STL330723 | EYE LIE POPEYE #2 (OF 5) CVR A | 3627 | MASSIVE | 1 | COMICS | 225 |
| STL300020 | ZORRO MAN OF THE DEAD #1 (OF 4 | 3627 | MASSIVE | 1 | COMICS | 224 |
| STL274646 | CRASHDOWN #1 (OF 4) CVR F MAHF | 3627 | MASSIVE | 1 | COMICS | 223 |
| STL300014 | ZORRO MAN OF THE DEAD #1 (OF 4 | 3627 | MASSIVE | 1 | COMICS | 218 |
| STL302921 | WASHED IN THE BLOOD #3 (OF 3) | 3627 | MASSIVE | 1 | COMICS | 214 |
| STL310767 | CRASHDOWN #4 (OF 4) CVR B MACK | 3627 | MASSIVE | 1 | COMICS | 211 |
| STL274558 | ASTROBOTS #5 (OF 5) CVR B BURC | 3627 | MASSIVE | 1 | COMICS | 209 |
| STL287679 | AMERICAN PSYCHO #1 (OF 5) CVR | 3627 | MASSIVE | 1 | COMICS | 207 |
| STL291612 | AMERICAN PSYCHO #2 (OF 5) CVR | 3627 | MASSIVE | 1 | COMICS | 206 |
| STL303989 | WASHED IN THE BLOOD #1 (OF 3) | 3627 | MASSIVE | 1 | COMICS | 203 |
| STL335201 | RAMGOD #4 (OF 6) CVR B WILLIS | 3627 | MASSIVE | 1 | COMICS | 202 |
| STL287683 | AMERICAN PSYCHO #1 (OF 5) CVR | 3627 | MASSIVE | 1 | COMICS | 201 |
| STL295377 | QUESTED SEASON 2 #1 CVR F BLAN | 3627 | MASSIVE | 1 | COMICS | 200 |
| STL310790 | ZORRO MAN OF THE DEAD #4 (OF 4 | 3627 | MASSIVE | 1 | COMICS | 198 |
| STL291615 | BAD OMENS CONCRETE JUNGLE #3 ( | 3627 | MASSIVE | 1 | COMICS | 191 |
| STL310787 | THE FOG #3 (OF 4) CVR A ROSADO | 3627 | MASSIVE | 1 | COMICS | 190 |
| STL299924 | QUESTED SEASON 2 #2 CVR B HUTT | 3627 | MASSIVE | 1 | COMICS | 190 |
| STL330726 | EYE LIE POPEYE #2 (OF 5) CVR D | 3627 | MASSIVE | 1 | COMICS | 189 |
| STL330702 | WESLEY SNIPES THE EXILED TP VO | 3627 | MASSIVE | 3 | BOOKS - GRAPHIC NOVELS | 188 |
| STL282548 | PLOT HOLES #2 (OF 5) CVR C KLA | 3627 | MASSIVE | 1 | COMICS | 188 |
| STL291614 | BAD OMENS CONCRETE JUNGLE #3 ( | 3627 | MASSIVE | 1 | COMICS | 187 |
| STL310766 | CRASHDOWN #4 (OF 4) CVR A TEMP | 3627 | MASSIVE | 1 | COMICS | 181 |
| STL310784 | QUESTED SEASON 2 #5 CVR B WALL | 3627 | MASSIVE | 1 | COMICS | 181 |
| STL307474 | CRASHDOWN #3 (OF 4) CVR A TEMP | 3627 | MASSIVE | 1 | COMICS | 180 |
| STL269907 | THE EXILED #6 (OF 6) CVR A ASE | 3627 | MASSIVE | 1 | COMICS | 180 |
| STL335195 | EYE LIE POPEYE #3 (OF 5) CVR B | 3627 | MASSIVE | 1 | COMICS | 179 |
| STL359493 | PINUPOCALYPSE #3 (OF 6) CVR A | 3627 | MASSIVE | 1 | COMICS | 179 |
| STL295354 | BASIC INSTINCT #2 (OF 4) CVR A | 3627 | MASSIVE | 1 | COMICS | 178 |
| STL310783 | QUESTED SEASON 2 #5 CVR A CHIO | 3627 | MASSIVE | 1 | COMICS | 177 |
| STL302358 | ZORRO MAN OF THE DEAD #1 (OF 4 | 3627 | MASSIVE | 1 | COMICS | 177 |
| STL302889 | ZORRO MAN OF THE DEAD #2 (OF 4 | 3627 | MASSIVE | 1 | COMICS | 176 |
| STL345376 | LIQUID KILL VOL 2 #3 (OF 4) CV | 3627 | MASSIVE | 1 | COMICS | 175 |
| STL290881 | HARRIET TUBMAN DEMON SLAYER #3 | 3627 | MASSIVE | 1 | COMICS | 175 |
| STL314638 | QUESTED SEASON 2 #6 CVR A LULL | 3627 | MASSIVE | 1 | COMICS | 172 |
| STL340389 | ASSASSINS CREED VISIONARIES TP | 3627 | MASSIVE | 3 | BOOKS - GRAPHIC NOVELS | 170 |
| STL323256 | RAMGOD #1 (OF 6) CVR A DATTOLI | 3627 | MASSIVE | 1 | COMICS | 169 |

56219103.1 09/08/2025

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL335200 | RAMGOD #4 (OF 6) CVR A ANDRASO | 3627 | MASSIVE | 1 | COMICS | 165 |
| STL295518 | AMERICAN PSYCHO #3 (OF 5) CVR | 3627 | MASSIVE | 1 | COMICS | 163 |
| STL326756 | LUCHAVERSE #2 CATALYST CVR C M | 3627 | MASSIVE | 1 | COMICS | 161 |
| STL359496 | PINUPOCALYPSE #3 (OF 6) CVR C | 3627 | MASSIVE | 1 | COMICS | 160 |
| STL278704 | PLOT HOLES #1 (OF 5) CVR I 10 | 3627 | MASSIVE | 1 | COMICS | 159 |
| STL335293 | VAMPIRO ROCKABILLY APOCALYPSE | 3627 | MASSIVE | 1 | COMICS | 158 |
| STL299954 | CRASHDOWN #1 (OF 4) CVR O MAGU | 3627 | MASSIVE | 1 | COMICS | 158 |
| STL303423 | HARRIET TUBMAN DEMON SLAYER #6 | 3627 | MASSIVE | 1 | COMICS | 157 |
| STL299958 | ASSASSINS CREED THE FALL CVR A | 3627 | MASSIVE | 1 | COMICS | 156 |
| STL299929 | WASHED IN THE BLOOD #2 (OF 3) | 3627 | MASSIVE | 1 | COMICS | 155 |
| STL299213 | BASIC INSTINCT #3 (OF 4) CVR A | 3627 | MASSIVE | 1 | COMICS | 154 |
| STL287252 | THE BLACKOUT BOMBSHELL #2 (OF | 3627 | MASSIVE | 1 | COMICS | 154 |
| STL299926 | QUESTED SEASON 2 #2 CVR D WALL | 3627 | MASSIVE | 1 | COMICS | 152 |
| STL290913 | ASSASSINS CREED VISIONARIES #1 | 3627 | MASSIVE | 1 | COMICS | 150 |
| STL345883 | RAMGOD #6 (OF 6) CVR A MANHANI | 3627 | MASSIVE | 1 | COMICS | 146 |
| STL307475 | CRASHDOWN #3 (OF 4) CVR B MAYH | 3627 | MASSIVE | 1 | COMICS | 146 |
| STL291613 | AMERICAN PSYCHO #2 (OF 5) CVR | 3627 | MASSIVE | 1 | COMICS | 145 |
| STL283377 | QUESTED THE FOUR HENCHES ONE S | 3627 | MASSIVE | 1 | COMICS | 143 |
| STL335263 | LIQUID KILL VOL 2 #1 (OF 4) CV | 3627 | MASSIVE | 1 | COMICS | 142 |
| STL274639 | CRASHDOWN #1 (OF 4) CVR C PARS | 3627 | MASSIVE | 1 | COMICS | 142 |
| STL307467 | QUESTED SEASON 2 #4 CVR C RICH | 3627 | MASSIVE | 1 | COMICS | 141 |
| STL302867 | AMERICAN PSYCHO #5 (OF 5) CVR | 3627 | MASSIVE | 1 | COMICS | 141 |
| STL274641 | CRASHDOWN #1 (OF 4) CVR D DESJ | 3627 | MASSIVE | 1 | COMICS | 141 |
| STL340366 | EYE LIE POPEYE #4 (OF 5) CVR B | 3627 | MASSIVE | 1 | COMICS | 140 |
| STL287247 | PLOT HOLES #3 (OF 5) CVR B KNO | 3627 | MASSIVE | 1 | COMICS | 140 |
| STL290944 | ASSASSINS CREED VISIONARIES #1 | 3627 | MASSIVE | 1 | COMICS | 138 |
| STL290886 | PLOT HOLES #4 (OF 5) CVR C FAR | 3627 | MASSIVE | 1 | COMICS | 136 |
| STL278692 | PLOT HOLES #1 (OF 5) CVR F BEN | 3627 | MASSIVE | 1 | COMICS | 135 |
| STL310785 | QUESTED SEASON 2 #5 CVR C RICH | 3627 | MASSIVE | 1 | COMICS | 132 |
| STL282547 | PLOT HOLES #2 (OF 5) CVR B HOW | 3627 | MASSIVE | 1 | COMICS | 132 |
| STL290885 | PLOT HOLES #4 (OF 5) CVR B TRU | 3627 | MASSIVE | 1 | COMICS | 130 |
| STL354494 | PINUPOCALYPSE #2 (OF 6) CVR A | 3627 | MASSIVE | 1 | COMICS | 129 |
| STL359495 | PINUPOCALYPSE #3 (OF 6) CVR B | 3627 | MASSIVE | 1 | COMICS | 129 |
| STL269909 | THE EXILED #6 (OF 6) CVR C KEN | 3627 | MASSIVE | 1 | COMICS | 129 |
| STL274652 | NINJA FUNK TP VOL 1 (MR) | 3627 | MASSIVE | 3 | BOOKS - GRAPHIC NOVELS | 128 |
| STL291833 | AMERICAN PSYCHO #2 (OF 5) CVR | 3627 | MASSIVE | 1 | COMICS | 128 |
| STL330498 | EYE LIE POPEYE #1 (OF 5) CVR G | 3627 | MASSIVE | 1 | COMICS | 127 |
| STL299215 | BASIC INSTINCT #3 (OF 4) CVR C | 3627 | MASSIVE | 1 | COMICS | 127 |
| STL287251 | THE BLACKOUT BOMBSHELL #2 (OF | 3627 | MASSIVE | 1 | COMICS | 126 |
| STL340368 | LIQUID KILL VOL 2 #2 (OF 4) CV | 3627 | MASSIVE | 1 | COMICS | 124 |
| STL290943 | ASSASSINS CREED VISIONARIES #1 | 3627 | MASSIVE | 1 | COMICS | 124 |
| STL345884 | RAMGOD #6 (OF 6) CVR B LE FUR | 3627 | MASSIVE | 1 | COMICS | 122 |
| STL294265 | QUESTED THE FOUR HENCHES ONE S | 3627 | MASSIVE | 1 | COMICS | 122 |
| STL340372 | RAMGOD #5 (OF 6) CVR B GALMON | 3627 | MASSIVE | 1 | COMICS | 121 |
| STL314633 | MISFORTUNES EYES #3 (OF 3) CVR | 3627 | MASSIVE | 1 | COMICS | 121 |
| STL269910 | THE EXILED #6 (OF 6) CVR D ASE | 3627 | MASSIVE | 1 | COMICS | 121 |
| STL314639 | QUESTED SEASON 2 #6 CVR B WALL | 3627 | MASSIVE | 1 | COMICS | 120 |
| STL295363 | PLOT HOLES #5 (OF 5) CVR B FIL | 3627 | MASSIVE | 1 | COMICS | 120 |
| STL302887 | ZORRO MAN OF THE DEAD #2 (OF 4 | 3627 | MASSIVE | 1 | COMICS | 120 |
| STL295359 | HARRIET TUBMAN DEMON SLAYER #4 | 3627 | MASSIVE | 1 | COMICS | 118 |
| STL335294 | VAMPIRO ROCKABILLY APOCALYPSE | 3627 | MASSIVE | 1 | COMICS | 117 |
| STL295519 | AMERICAN PSYCHO #3 (OF 5) CVR | 3627 | MASSIVE | 1 | COMICS | 116 |
| STL302866 | AMERICAN PSYCHO #5 (OF 5) CVR | 3627 | MASSIVE | 1 | COMICS | 114 |
| STL299925 | QUESTED SEASON 2 #2 CVR C RICH | 3627 | MASSIVE | 1 | COMICS | 114 |
| STL350031 | PINUPOCALYPSE #1 (OF 6) CVR F | 3627 | MASSIVE | 1 | COMICS | 113 |
| STL340369 | LIQUID KILL VOL 2 #2 (OF 4) CV | 3627 | MASSIVE | 1 | COMICS | 112 |
| STL326761 | RAMGOD #2 (OF 6) CVR B WILLIS | 3627 | MASSIVE | 1 | COMICS | 112 |

56219103.1 09/08/2025

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL323426 | LUCHAVERSE #1 CATALYST CVR E B | 3627 | MASSIVE | 1 | COMICS | 111 |
| STL359509 | DETECTIVE KAIJU #1 (OF 4) CVR | 3627 | MASSIVE | 1 | COMICS | 111 |
| STL307476 | CRASHDOWN #3 (OF 4) CVR C KIRK | 3627 | MASSIVE | 1 | COMICS | 111 |
| STL314640 | QUESTED SEASON 2 #6 CVR C RICH | 3627 | MASSIVE | 1 | COMICS | 110 |
| STL302888 | ZORRO MAN OF THE DEAD #2 (OF 4 | 3627 | MASSIVE | 1 | COMICS | 110 |
| STL323258 | RAMGOD #1 (OF 6) CVR B WILLIS | 3627 | MASSIVE | 1 | COMICS | 108 |
| STL307466 | QUESTED SEASON 2 #4 CVR B WALL | 3627 | MASSIVE | 1 | COMICS | 108 |
| STL335268 | LIQUID KILL VOL 2 #1 (OF 4) CV | 3627 | MASSIVE | 1 | COMICS | 108 |
| STL335265 | LIQUID KILL VOL 2 #1 (OF 4) CV | 3627 | MASSIVE | 1 | COMICS | 106 |
| STL278629 | CRASHDOWN #2 (OF 4) CVR C PARS | 3627 | MASSIVE | 1 | COMICS | 105 |
| STL295448 | WASHED IN THE BLOOD #1 (OF 3) | 3627 | MASSIVE | 1 | COMICS | 105 |
| STL330615 | LUCHAVERSE #3 CATALYST CVR A T | 3627 | MASSIVE | 1 | COMICS | 104 |
| STL330620 | RAMGOD #3 (OF 6) CVR A G HOST | 3627 | MASSIVE | 1 | COMICS | 104 |
| STL299928 | WASHED IN THE BLOOD #2 (OF 3) | 3627 | MASSIVE | 1 | COMICS | 104 |
| STL278636 | NORTH VALLEY GRIMOIRE #4 (OF 5 | 3627 | MASSIVE | 1 | COMICS | 104 |
| STL278637 | NORTH VALLEY GRIMOIRE #4 (OF 5 | 3627 | MASSIVE | 1 | COMICS | 104 |
| STL278662 | PLOT HOLES #1 (OF 5) CVR B PAN | 3627 | MASSIVE | 1 | COMICS | 104 |
| STL303262 | ASSASSINS CREED SHINOBI UNCIVI | 3627 | MASSIVE | 1 | COMICS | 104 |
| STL323271 | RAMGOD #1 (OF 6) CVR F FOC REV | 3627 | MASSIVE | 1 | COMICS | 101 |
| STL354496 | PINUPOCALYPSE #2 (OF 6) CVR C | 3627 | MASSIVE | 1 | COMICS | 100 |
| STL303263 | ASSASSINS CREED SHINOBI UNCIVI | 3627 | MASSIVE | 1 | COMICS | 100 |
| STL282543 | NORTH VALLEY GRIMOIRE #5 (OF 5 | 3627 | MASSIVE | 1 | COMICS | 100 |
| STL330499 | EYE LIE POPEYE #1 (OF 5) CVR H | 3627 | MASSIVE | 1 | COMICS | 99 |
| STL349876 | VAMPIRO ROCKABILLY APOCALYPSE | 3627 | MASSIVE | 1 | COMICS | 98 |
| STL287604 | PLOT HOLES #3 (OF 5) CVR D MAS | 3627 | MASSIVE | 1 | COMICS | 98 |
| STL345448 | CRASHDOWN TP VOL 01 (MR) | 3627 | MASSIVE | 3 | BOOKS - GRAPHIC NOVELS | 97 |
| STL310768 | CRASHDOWN #4 (OF 4) CVR C DESJ | 3627 | MASSIVE | 1 | COMICS | 96 |
| STL302879 | QUESTED SEASON 2 #3 CVR B LULL | 3627 | MASSIVE | 1 | COMICS | 96 |
| STL335194 | EYE LIE POPEYE #3 (OF 5) CVR A | 3627 | MASSIVE | 1 | COMICS | 95 |
| STL340371 | RAMGOD #5 (OF 6) CVR A PRASETY | 3627 | MASSIVE | 1 | COMICS | 95 |
| STL290880 | HARRIET TUBMAN DEMON SLAYER #3 | 3627 | MASSIVE | 1 | COMICS | 95 |
| STL291531 | HARRIET TUBMAN DEMON SLAYER #1 | 3627 | MASSIVE | 1 | COMICS | 95 |
| STL323259 | RAMGOD #1 (OF 6) CVR C TRUNNEC | 3627 | MASSIVE | 1 | COMICS | 94 |
| STL295450 | WASHED IN THE BLOOD #1 (OF 3) | 3627 | MASSIVE | 1 | COMICS | 94 |
| STL303090 | THE FOG #1 (OF 4) CVR F BLANK | 3627 | MASSIVE | 1 | COMICS | 93 |
| STL295356 | BASIC INSTINCT #2 (OF 4) CVR C | 3627 | MASSIVE | 1 | COMICS | 93 |
| STL300022 | ZORRO MAN OF THE DEAD #1 (OF 4 | 3627 | MASSIVE | 1 | COMICS | 93 |
| STL291668 | BASIC INSTINCT #1 (OF 4) CVR B | 3627 | MASSIVE | 1 | COMICS | 92 |
| STL354495 | PINUPOCALYPSE #2 (OF 6) CVR B | 3627 | MASSIVE | 1 | COMICS | 91 |
| STL349875 | VAMPIRO ROCKABILLY APOCALYPSE | 3627 | MASSIVE | 1 | COMICS | 91 |
| STL303261 | ASSASSINS CREED SHINOBI UNCIVI | 3627 | MASSIVE | 1 | COMICS | 90 |
| STL330724 | EYE LIE POPEYE #2 (OF 5) CVR B | 3627 | MASSIVE | 1 | COMICS | 89 |
| STL335290 | VAMPIRO ROCKABILLY APOCALYPSE | 3627 | MASSIVE | 1 | COMICS | 89 |
| STL291611 | AMERICAN PSYCHO #2 (OF 5) CVR | 3627 | MASSIVE | 1 | COMICS | 89 |
| STL303086 | THE FOG #1 (OF 4) CVR B ROSADO | 3627 | MASSIVE | 1 | COMICS | 89 |
| STL330691 | ASSASSINS CREED VISIONARIES PO | 3627 | MASSIVE | 1 | COMICS | 88 |
| STL330616 | LUCHAVERSE #3 CATALYST CVR B C | 3627 | MASSIVE | 1 | COMICS | 88 |
| STL291619 | THE BLACKOUT BOMBSHELL #3 (OF | 3627 | MASSIVE | 1 | COMICS | 88 |
| STL300266 | QUESTED SEASON 2 #1 CVR J QUES | 3627 | MASSIVE | 1 | COMICS | 87 |
| STL291616 | BAD OMENS CONCRETE JUNGLE #3 ( | 3627 | MASSIVE | 1 | COMICS | 85 |
| STL287680 | AMERICAN PSYCHO #1 (OF 5) CVR | 3627 | MASSIVE | 1 | COMICS | 85 |
| STL275759 | CRASHDOWN #1 (OF 4) CVR L 200 | 3627 | MASSIVE | 1 | COMICS | 85 |
| STL330618 | LUCHAVERSE #3 CATALYST CVR D K | 3627 | MASSIVE | 1 | COMICS | 84 |
| STL330694 | ASSASSINS CREED VISIONARIES PO | 3627 | MASSIVE | 1 | COMICS | 83 |
| STL335202 | RAMGOD #4 (OF 6) CVR C BANDINI | 3627 | MASSIVE | 1 | COMICS | 83 |
| STL282549 | PLOT HOLES #2 (OF 5) CVR D WAL | 3627 | MASSIVE | 1 | COMICS | 83 |
| STL274649 | CRASHDOWN #1 (OF 4) CVR I 25 C | 3627 | MASSIVE | 1 | COMICS | 83 |

4

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL310770 | CRASHDOWN #4 (OF 4) CVR E 10 C | 3627 | MASSIVE | 1 | COMICS | 82 |
| STL326764 | RAMGOD #2 (OF 6) CVR E 10 COPY | 3627 | MASSIVE | 1 | COMICS | 82 |
| STL271408 | THE EXILED #6 (OF 6) CVR E FOC | 3627 | MASSIVE | 1 | COMICS | 82 |
| STL300024 | ZORRO MAN OF THE DEAD #1 (OF 4 | 3627 | MASSIVE | 1 | COMICS | 82 |
| STL335288 | VAMPIRO ROCKABILLY APOCALYPSE | 3627 | MASSIVE | 1 | COMICS | 81 |
| STL326755 | LUCHAVERSE #2 CATALYST CVR B C | 3627 | MASSIVE | 1 | COMICS | 81 |
| STL299920 | AMERICAN PSYCHO #4 (OF 5) CVR | 3627 | MASSIVE | 1 | COMICS | 81 |
| STL326760 | RAMGOD #2 (OF 6) CVR A TRUNNEC | 3627 | MASSIVE | 1 | COMICS | 79 |
| STL349871 | LIQUID KILL VOL 2 #4 (OF 4) CV | 3627 | MASSIVE | 1 | COMICS | 79 |
| STL304507 | ZORRO MAN OF THE DEAD #1 (OF 4 | 3627 | MASSIVE | 1 | COMICS | 78 |
| STL335264 | LIQUID KILL VOL 2 #1 (OF 4) CV | 3627 | MASSIVE | 1 | COMICS | 77 |
| STL345379 | VAMPIRO ROCKABILLY APOCALYPSE | 3627 | MASSIVE | 1 | COMICS | 76 |
| STL335292 | VAMPIRO ROCKABILLY APOCALYPSE | 3627 | MASSIVE | 1 | COMICS | 76 |
| STL291530 | PLOT HOLES #2 (OF 5) CVR F 10 | 3627 | MASSIVE | 1 | COMICS | 76 |
| STL302359 | ZORRO MAN OF THE DEAD #1 (OF 4 | 3627 | MASSIVE | 1 | COMICS | 76 |
| STL278632 | CRASHDOWN #2 (OF 4) CVR F 10 C | 3627 | MASSIVE | 1 | COMICS | 76 |
| STL302880 | QUESTED SEASON 2 #3 CVR C RICH | 3627 | MASSIVE | 1 | COMICS | 75 |
| STL333032 | ZORRO MAN OF THE DEAD TP LMT E | 3627 | MASSIVE | 3 | BOOKS - GRAPHIC NOVELS | 73 |
| STL359513 | DETECTIVE KAIJU #1 (OF 4) CVR | 3627 | MASSIVE | 1 | COMICS | 73 |
| STL278638 | NORTH VALLEY GRIMOIRE #4 (OF 5 | 3627 | MASSIVE | 1 | COMICS | 73 |
| STL330617 | LUCHAVERSE #3 CATALYST CVR C C | 3627 | MASSIVE | 1 | COMICS | 72 |
| STL330623 | RAMGOD #3 (OF 6) CVR D DATTOLI | 3627 | MASSIVE | 1 | COMICS | 72 |
| STL282544 | NORTH VALLEY GRIMOIRE #5 (OF 5 | 3627 | MASSIVE | 1 | COMICS | 71 |
| STL295379 | QUESTED SEASON 2 #1 CVR G 10 C | 3627 | MASSIVE | 1 | COMICS | 71 |
| STL287967 | PLOT HOLES #3 (OF 5) CVR E 10 | 3627 | MASSIVE | 1 | COMICS | 71 |
| STL349062 | QUESTED SEASON 2 #5 CVR D RED | 3627 | MASSIVE | 1 | COMICS | 70 |
| STL340367 | EYE LIE POPEYE #4 (OF 5) CVR C | 3627 | MASSIVE | 1 | COMICS | 69 |
| STL330699 | ASSASSINS CREED VISIONARIES PO | 3627 | MASSIVE | 1 | COMICS | 69 |
| STL350028 | PINUPOCALYPSE #1 (OF 6) CVR C | 3627 | MASSIVE | 1 | COMICS | 68 |
| STL345449 | CRASHDOWN TP VOL 01 1ST PRINT | 3627 | MASSIVE | 3 | BOOKS - GRAPHIC NOVELS | 68 |
| STL340375 | VAMPIRO ROCKABILLY APOCALYPSE | 3627 | MASSIVE | 1 | COMICS | 68 |
| STL307520 | MISFORTUNES EYES #1 (OF 3) CVR | 3627 | MASSIVE | 1 | COMICS | 68 |
| STL295521 | BAD OMENS CONCRETE JUNGLE #4 ( | 3627 | MASSIVE | 1 | COMICS | 67 |
| STL296145 | WASHED IN THE BLOOD #1 (OF 3) | 3627 | MASSIVE | 1 | COMICS | 67 |
| STL278707 | PLOT HOLES #1 (OF 5) CVR J 25 | 3627 | MASSIVE | 1 | COMICS | 66 |
| STL326762 | RAMGOD #2 (OF 6) CVR C PAREL ( | 3627 | MASSIVE | 1 | COMICS | 64 |
| STL302870 | BASIC INSTINCT #4 (OF 4) CVR C | 3627 | MASSIVE | 1 | COMICS | 64 |
| STL291669 | BASIC INSTINCT #1 (OF 4) CVR C | 3627 | MASSIVE | 1 | COMICS | 64 |
| STL290947 | ASSASSINS CREED VISIONARIES #1 | 3627 | MASSIVE | 1 | COMICS | 62 |
| STL300021 | ZORRO MAN OF THE DEAD #1 (OF 4 | 3627 | MASSIVE | 1 | COMICS | 62 |
| STL330698 | ASSASSINS CREED VISIONARIES PO | 3627 | MASSIVE | 1 | COMICS | 61 |
| STL330695 | ASSASSINS CREED VISIONARIES PO | 3627 | MASSIVE | 1 | COMICS | 61 |
| STL359515 | DETECTIVE KAIJU #1 (OF 4) CVR | 3627 | MASSIVE | 1 | COMICS | 61 |
| STL299214 | BASIC INSTINCT #3 (OF 4) CVR B | 3627 | MASSIVE | 1 | COMICS | 61 |
| STL291618 | BAD OMENS CONCRETE JUNGLE #3 ( | 3627 | MASSIVE | 1 | COMICS | 61 |
| STL350027 | PINUPOCALYPSE #1 (OF 6) CVR B | 3627 | MASSIVE | 1 | COMICS | 60 |
| STL302881 | WASHED IN THE BLOOD #3 (OF 3) | 3627 | MASSIVE | 1 | COMICS | 60 |
| STL326763 | RAMGOD #2 (OF 6) CVR D DATTOLI | 3627 | MASSIVE | 1 | COMICS | 60 |
| STL269908 | THE EXILED #6 (OF 6) CVR B ESK | 3627 | MASSIVE | 1 | COMICS | 60 |
| STL295364 | PLOT HOLES #5 (OF 5) CVR C SAN | 3627 | MASSIVE | 1 | COMICS | 60 |
| STL275758 | CRASHDOWN #1 (OF 4) CVR K 100 | 3627 | MASSIVE | 1 | COMICS | 60 |
| STL290946 | ASSASSINS CREED VISIONARIES #1 | 3627 | MASSIVE | 1 | COMICS | 60 |
| STL295392 | WASHED IN THE BLOOD #1 (OF 3) | 3627 | MASSIVE | 1 | COMICS | 60 |
| STL307458 | THE FOG #2 (OF 4) CVR D 10 COP | 3627 | MASSIVE | 1 | COMICS | 60 |
| STL340373 | VAMPIRO ROCKABILLY APOCALYPSE | 3627 | MASSIVE | 1 | COMICS | 59 |
| STL350030 | PINUPOCALYPSE #1 (OF 6) CVR E | 3627 | MASSIVE | 1 | COMICS | 59 |
| STL349872 | LIQUID KILL VOL 2 #4 (OF 4) CV | 3627 | MASSIVE | 1 | COMICS | 59 |

5

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL330621 | RAMGOD #3 (OF 6) CVR B ANDRASO | 3627 | MASSIVE | 1 | COMICS | 59 |
| STL310777 | MISFORTUNES EYES #2 (OF 3) CVR | 3627 | MASSIVE | 1 | COMICS | 58 |
| STL310788 | THE FOG #3 (OF 4) CVR B WINKLE | 3627 | MASSIVE | 1 | COMICS | 57 |
| STL269885 | ASTROBOTS #4 (OF 5) CVR A KNOT | 3627 | MASSIVE | 1 | COMICS | 57 |
| STL283375 | QUESTED THE FOUR HENCHES ONE S | 3627 | MASSIVE | 1 | COMICS | 57 |
| STL291617 | BAD OMENS CONCRETE JUNGLE #3 ( | 3627 | MASSIVE | 1 | COMICS | 56 |
| STL295357 | BASIC INSTINCT #2 (OF 4) CVR D | 3627 | MASSIVE | 1 | COMICS | 56 |
| STL278633 | CRASHDOWN #2 (OF 4) CVR G 25 C | 3627 | MASSIVE | 1 | COMICS | 56 |
| STL323265 | RAMGOD #1 (OF 6) CVR E MACK (M | 3627 | MASSIVE | 1 | COMICS | 55 |
| STL307519 | MISFORTUNES EYES #1 (OF 3) CVR | 3627 | MASSIVE | 1 | COMICS | 55 |
| STL326757 | LUCHAVERSE #2 CATALYST CVR D C | 3627 | MASSIVE | 1 | COMICS | 54 |
| STL274651 | CRASHDOWN #1 (OF 4) CVR J 50 C | 3627 | MASSIVE | 1 | COMICS | 54 |
| STL299964 | ASSASSINS CREED THE FALL CVR C | 3627 | MASSIVE | 1 | COMICS | 54 |
| STL307464 | ZORRO MAN OF THE DEAD #3 (OF 4 | 3627 | MASSIVE | 1 | COMICS | 53 |
| STL335296 | VAMPIRO ROCKABILLY APOCALYPSE | 3627 | MASSIVE | 1 | COMICS | 52 |
| STL335305 | PLOT HOLES #1 (OF 5) WALT SIMO | 3627 | MASSIVE | 1 | COMICS | 52 |
| STL278631 | CRASHDOWN #2 (OF 4) CVR E IVAN | 3627 | MASSIVE | 1 | COMICS | 52 |
| STL281514 | THE BLACKOUT BOMBSHELL #1 (OF | 3627 | MASSIVE | 1 | COMICS | 52 |
| STL290887 | PLOT HOLES #4 (OF 5) CVR D 10 | 3627 | MASSIVE | 1 | COMICS | 52 |
| STL295390 | WASHED IN THE BLOOD #1 (OF 3) | 3627 | MASSIVE | 1 | COMICS | 52 |
| STL330622 | RAMGOD #3 (OF 6) CVR C ANDRASO | 3627 | MASSIVE | 1 | COMICS | 51 |
| STL326758 | LUCHAVERSE #2 CATALYST CVR E 1 | 3627 | MASSIVE | 1 | COMICS | 51 |
| STL302869 | BASIC INSTINCT #4 (OF 4) CVR B | 3627 | MASSIVE | 1 | COMICS | 51 |
| STL307462 | ZORRO MAN OF THE DEAD #3 (OF 4 | 3627 | MASSIVE | 1 | COMICS | 51 |
| STL359511 | DETECTIVE KAIJU #1 (OF 4) CVR | 3627 | MASSIVE | 1 | COMICS | 50 |
| STL296403 | PLOT HOLES #1 (OF 5) CVR B 2ND | 3627 | MASSIVE | 1 | COMICS | 50 |
| STL310769 | CRASHDOWN #4 (OF 4) CVR D 5 CO | 3627 | MASSIVE | 1 | COMICS | 49 |
| STL295446 | WASHED IN THE BLOOD #1 (OF 3) | 3627 | MASSIVE | 1 | COMICS | 49 |
| STL340374 | VAMPIRO ROCKABILLY APOCALYPSE | 3627 | MASSIVE | 1 | COMICS | 48 |
| STL314635 | MISFORTUNES EYES #3 (OF 3) CVR | 3627 | MASSIVE | 1 | COMICS | 48 |
| STL287244 | HARRIET TUBMAN DEMON SLAYER #2 | 3627 | MASSIVE | 1 | COMICS | 47 |
| STL307517 | MISFORTUNES EYES #1 (OF 3) CVR | 3627 | MASSIVE | 1 | COMICS | 47 |
| STL299959 | ASSASSINS CREED THE FALL CVR B | 3627 | MASSIVE | 1 | COMICS | 47 |
| STL345378 | LIQUID KILL VOL 2 #3 (OF 4) CV | 3627 | MASSIVE | 1 | COMICS | 46 |
| STL323410 | RAMGOD #1 (OF 6) CVR I MASSIVE | 3627 | MASSIVE | 1 | COMICS | 44 |
| STL295358 | HARRIET TUBMAN DEMON SLAYER #4 | 3627 | MASSIVE | 1 | COMICS | 42 |
| STL307460 | ZORRO MAN OF THE DEAD #3 (OF 4 | 3627 | MASSIVE | 1 | COMICS | 42 |
| STL274637 | CRASHDOWN #1 (OF 4) CVR A TEMP | 3627 | MASSIVE | 1 | COMICS | 41 |
| STL278635 | NORTH VALLEY GRIMOIRE #4 (OF 5 | 3627 | MASSIVE | 1 | COMICS | 41 |
| STL302865 | AMERICAN PSYCHO #5 (OF 5) CVR | 3627 | MASSIVE | 1 | COMICS | 40 |
| STL354499 | PINUPOCALYPSE #2 (OF 6) CVR D | 3627 | MASSIVE | 1 | COMICS | 40 |
| STL345377 | LIQUID KILL VOL 2 #3 (OF 4) CV | 3627 | MASSIVE | 1 | COMICS | 39 |
| STL299931 | WASHED IN THE BLOOD #2 (OF 3) | 3627 | MASSIVE | 1 | COMICS | 39 |
| STL283564 | HARRIET TUBMAN DEMON SLAYER #1 | 3627 | MASSIVE | 1 | COMICS | 39 |
| STL354497 | PINUPOCALYPSE #2 (OF 6) CVR F | 3627 | MASSIVE | 1 | COMICS | 38 |
| STL307461 | ZORRO MAN OF THE DEAD #3 (OF 4 | 3627 | MASSIVE | 1 | COMICS | 38 |
| STL295360 | HARRIET TUBMAN DEMON SLAYER #4 | 3627 | MASSIVE | 1 | COMICS | 37 |
| STL310795 | CRASHDOWN #4 (OF 4) CVR G 50 C | 3627 | MASSIVE | 1 | COMICS | 36 |
| STL307477 | CRASHDOWN #3 (OF 4) CVR D 10 C | 3627 | MASSIVE | 1 | COMICS | 36 |
| STL323425 | LUCHAVERSE #1 CATALYST CVR D S | 3627 | MASSIVE | 1 | COMICS | 35 |
| STL295522 | BAD OMENS CONCRETE JUNGLE #4 ( | 3627 | MASSIVE | 1 | COMICS | 35 |
| STL281519 | THE BLACKOUT BOMBSHELL #1 (OF | 3627 | MASSIVE | 1 | COMICS | 35 |
| STL340370 | LIQUID KILL VOL 2 #2 (OF 4) CV | 3627 | MASSIVE | 1 | COMICS | 34 |
| STL299921 | AMERICAN PSYCHO #4 (OF 5) CVR | 3627 | MASSIVE | 1 | COMICS | 33 |
| STL303088 | THE FOG #1 (OF 4) CVR D MASSAG | 3627 | MASSIVE | 1 | COMICS | 33 |
| STL307463 | ZORRO MAN OF THE DEAD #3 (OF 4 | 3627 | MASSIVE | 1 | COMICS | 33 |
| STL296464 | QUESTED SEASON 2 #1 CVR H 25 C | 3627 | MASSIVE | 1 | COMICS | 32 |

56219103.1 09/08/2025

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL330619 | LUCHAVERSE #3 CATALYST CVR E L | 3627 | MASSIVE | 1 | COMICS | 31 |
| STL307457 | THE FOG #2 (OF 4) CVR C SILAS | 3627 | MASSIVE | 1 | COMICS | 31 |
| STL307516 | MISFORTUNES EYES #1 (OF 3) CVR | 3627 | MASSIVE | 1 | COMICS | 31 |
| STL307479 | CRASHDOWN #3 (OF 4) CVR F 50 C | 3627 | MASSIVE | 1 | COMICS | 31 |
| STL345381 | VAMPIRO ROCKABILLY APOCALYPSE | 3627 | MASSIVE | 1 | COMICS | 28 |
| STL278634 | CRASHDOWN #2 (OF 4) CVR H 50 C | 3627 | MASSIVE | 1 | COMICS | 26 |
| STL372855 | DETECTIVE KAIJU #1 (OF 4) CVR | 3627 | MASSIVE | 1 | COMICS | 25 |
| STL303422 | HARRIET TUBMAN DEMON SLAYER #6 | 3627 | MASSIVE | 1 | COMICS | 23 |
| STL323220 | QUESTED #1 HUTT 2ND PTG VAR | 3627 | MASSIVE | 1 | COMICS | 23 |
| STL287243 | HARRIET TUBMAN DEMON SLAYER #2 | 3627 | MASSIVE | 1 | COMICS | 21 |
| STL372854 | DETECTIVE KAIJU #1 (OF 4) CVR | 3627 | MASSIVE | 1 | COMICS | 21 |
| STL310796 | CRASHDOWN #4 (OF 4) CVR H 100 | 3627 | MASSIVE | 1 | COMICS | 20 |
| STL299972 | ASSASSINS CREED THE FALL CVR E | 3627 | MASSIVE | 1 | COMICS | 17 |
| STL318695 | THE EXILED #1 (OF 6) MASSIVE E | 3627 | MASSIVE | 1 | COMICS | 13 |
| STL340178 | RAMGOD #1 (OF 6) CVR Q WINDS O | 3627 | MASSIVE | 1 | COMICS | 12 |
| STL323697 | ASTROBOTS #1 (OF 5) MASSIVE EX | 3627 | MASSIVE | 1 | COMICS | 12 |
| STL303246 | AMERICAN PSYCHO #2 (OF 5) CVR | 3627 | MASSIVE | 1 | COMICS | 11 |
| STL278711 | PLOT HOLES #1 (OF 5) CVR K 50 | 3627 | MASSIVE | 1 | COMICS | 9 |
| STL323232 | LIQUID KILL #1 (OF 6) MASSIVE | 3627 | MASSIVE | 1 | COMICS | 7 |
| STL345450 | SELECT EXCLUSIVE TMNT MUTANT N | 3627 | MASSIVE | 1 | COMICS | 6 |
| STL318665 | ASTROBOTS #1 (OF 5) MASSIVE EX | 3627 | MASSIVE | 1 | COMICS | 4 |
| STL318669 | ASTROBOTS #1 (OF 5) PEREZ FOIL | 3627 | MASSIVE | 1 | COMICS | 4 |
| STL318694 | EXILED #1 (OF 6) CALERO MOVIE | 3627 | MASSIVE | 1 | COMICS | 3 |
| STL318681 | THE EXILED #1 (OF 6) WILLIS FO | 3627 | MASSIVE | 1 | COMICS | 3 |
| STL318682 | THE EXILED #1 (OF 6) WILLIS ME | 3627 | MASSIVE | 1 | COMICS | 3 |
| STL318705 | QUESTED #1 MASSIVE EXC CALERO | 3627 | MASSIVE | 1 | COMICS | 3 |
| STL318708 | QUESTED #1 MASSIVE EXC VILLALO | 3627 | MASSIVE | 1 | COMICS | 3 |
| STL335304 | PLOT HOLES #1 (OF 5) WALT SIMO | 3627 | MASSIVE | 1 | COMICS | 2 |
| STL340179 | RAMGOD #1 (OF 6) CVR S WINDS O | 3627 | MASSIVE | 1 | COMICS | 2 |
| STL327853 | QUESTED #1 MAHFOOD METAL LAUNC | 3627 | MASSIVE | 1 | COMICS | 2 |
| STL323214 | QUESTED #1 WALLIS CONNECTING F | 3627 | MASSIVE | 1 | COMICS | 2 |
| STL323701 | ASTROBOTS #1 (OF 5) MASSIVE EX | 3627 | MASSIVE | 1 | COMICS | 2 |
| STL318699 | THE EXILED #1 (OF 6) MASSIVE E | 3627 | MASSIVE | 1 | COMICS | 2 |
| STL323206 | THE EXILED #1 (OF 6) MASSIVE E | 3627 | MASSIVE | 1 | COMICS | 2 |
| STL327863 | THE EXILED #1 (OF 6) MAHFOOD M | 3627 | MASSIVE | 1 | COMICS | 2 |
| STL318692 | EXILED #1 (OF 6) KENT MOVIE HO | 3627 | MASSIVE | 1 | COMICS | 2 |
| STL323219 | QUESTED #1 RIEGEL ARMY OF DARK | 3627 | MASSIVE | 1 | COMICS | 2 |
| STL323207 | THE EXILED #1 (OF 6) MASSIVE E | 3627 | MASSIVE | 1 | COMICS | 2 |
| STL323211 | THE EXILED #1 (OF 6) DLX ESKIV | 3627 | MASSIVE | 1 | COMICS | 1 |
| STL323215 | QUESTED #1 WALLIS CONNECTING M | 3627 | MASSIVE | 1 | COMICS | 1 |

56219103.1 09/08/2025